## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 20-5631 FMO (MAAx) | Date | October 21, 2020 |
|---|---|---|---|
| Title | **Jackie Saldana, et al. v. Glenhaven Healthcare LLC, et al.** | | |

Present: The Honorable    Fernando M. Olguin, United States District Judge

| Vanessa Figueroa | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):          Attorney Present for Defendant(s):

None Present                    None Present

**Proceedings:**        **(In Chambers) Order Re: Ex Parte Application**

    The court has reviewed defendants' Ex Parte Application for Automatic 30 Day Stay of Enforcement of Court's October 14, 2020 Order to Remand (Dkt. 33, "Application"), by which defendants seek an order staying the court's remand order. (See id. at 2, 6). However, the court lacks jurisdiction to stay this action since the action has already been remanded to state court. (See Dkt. 26, Court's Order of October 14, 2020; Dkt. 27, Transmittal Letter). Accordingly, defendants' Application **(Document No. 33)** is **denied**.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | vdr | |